UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN CASEY, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY SHERIFF SUE RAHR, *et al.*, <br><br> Defendants. | Case No.  C11-0982-RAJ-MAT <br><br> ORDER STRIKING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

On June 10, 2011, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleged in his complaint that he had been sexually assaulted by six unnamed corrections officers in May 2009. Plaintiff identified King County Sheriff Sue Rahr as a defendant as well as six individuals identified only as "John Doe." On July 20, 2011, this Court issued an Order declining to serve plaintiff's complaint and granting him leave to amend his complaint to correct certain specified deficiencies. Among the deficiencies noted in that Order were that plaintiff had not set forth any facts demonstrating that Sheriff Rahr personally participated in causing plaintiff harm of constitutional dimension. The Court further noted that, aside from Sheriff Rahr, plaintiff identified only six "John Doe" defendants

ORDER STRIKING PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION
PAGE - 1

in this action who were not identified with sufficient specificity to permit the Court to effectuate service and thereby obtain jurisdiction over these individuals.

On July 26, 2011, plaintiff submitted to the Court for consideration a motion that he identified as one for preliminary injunction. However, a review of that motion indicates that it is, in effect, a discovery motion as plaintiff requests therein that Sheriff Rahr be compelled to produce documents which will allow plaintiff to identify the six "John Doe" defendants. Regardless of whether plaintiff's motion is construed as one for preliminary injunctive relief or one for discovery, the motion is premature as plaintiff has yet to submit a serviceable complaint to the Court.

On August 18, 2011, plaintiff submitted to the Court for consideration a motion seeking an extension of time to file his amended complaint in accordance with this Court's July 20, 2011 Order. Plaintiff appears to indicate therein that he requires the additional time because he has yet to receive a response to his motion for preliminary injunction and that he needs to obtain the names of the defendants before he can proceed. As noted above, plaintiff's motion seeking the Court's assistance in obtaining the names of the defendants is not a viable motion at this juncture. The Court will nonetheless grant plaintiff some additional time to obtain the information he requires through some other means.

Accordingly, the Court does hereby ORDER as follows:

(1) Plaintiff's motion for a preliminary injunction (Dkt. No. 10) is STRICKEN as premature.

(2) Plaintiff's motion for an extension of time (Dkt. No. 11) is GRANTED. Plaintiff is directed to file his amended complaint not later than October 7, 2011.

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 2nd day of September, 2011.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION
PAGE - 3