UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN CASEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY SHERIFF<br>SUE RAHR, *et al.*,<br><br>　　　　　Defendants. | Case No.   C11-0982-RAJ-MAT<br><br>ORDER DENYING PLAINTIFF'S APPLICATION FOR COURT APPOINTED COUNSEL |

This matter comes before the Court on plaintiff's application for court appointed counsel. The Court, having reviewed plaintiff's application, and the balance of the record, does hereby find and ORDER as follows:

(1)　Plaintiff's application for court appointed counsel (Dkt. No. 12) is DENIED. There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the Court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980). A finding of

ORDER DENYING PLAINTIFF'S APPLICATION
FOR COURT APPOINTED COUNSEL
PAGE - 1

exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.  *Wilborn*, 789 F.2d at 1331.

Plaintiff has neither demonstrated a likelihood of success on the merits nor shown that, in light of the complexity of the legal issues involved, he is unable to articulate his claims pro se. Thus, plaintiff has not demonstrated that this case involves exceptional circumstances which warrant appointment of counsel.

(2) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 2nd day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge